```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00358-002 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CALENDAR |
| ) | MATTER BEFORE THE HONORABLE |
| ) | THE  ANTHONY W. ISHII |
| JERMAN MADRIGAL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, by and through his attorney, DAVID TORRES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to set the above-captioned matter for a change of plea before this Court on

////

////

////

1

1 | October 9, 2012, at 10:00 and vacate his status conference before
2 | Judge Dennis L. Beck at 1:00 p.m. on October 22.
3 | DATED: September 27, 2012                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant U.S. Attorney

/s/ David Torres
DAVID TORRES
Attorney for Defendant
JERMAN MADRIGAL

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea before this Court on October 9, 2012, at 10:00 a.m. and that his status conference before Judge Dennis L. Beck on October 22 shall be vacated.

IT IS SO ORDERED.

Dated:    September 28, 2012
                              CHIEF UNITED STATES DISTRICT JUDGE

2